testimony of the defendant's witnesses that the locomotive was subjected to frequent and thorough inspection by competent inspectors is uncontradicted and that there should have been a dismissal of the complaint upon this ground. Smith v. N. Y. C. & H. R. R. Company, 164 N. Y. 491, 58 N. E. 655; Biddiscomb v. Cameron, 35 App. Div. 561, 55 N. Y. Supp. 127, affirmed 161 N. Y. 637, 57 N. E. 1104.

HUNN, Appellant, v. WILMARTH et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Walter S. Hunn against Clarence M. Wilmarth and others. No opinion. Motion for leave to appeal to the Court of Appeals denied.

HUTCHINSON, Respondent, v. STERN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by Herbert Hutchinson against Sigmund Stern. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

INDRIZZO, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Vito Indrizzo against the New York City Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

ISAACS, Respondent, v. WANAMAKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by David Isaacs against John Wanamaker.
PER CURIAM. Judgment affirmed, with costs.
WILLIAM and NASH, JJ., dissent.

JAMESON, Respondent, v. KLAVOON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 2, 1906.) Action by George A. Jameson against John Klavoon.
PER CURIAM. Judgment of Municipal Court reversed, with costs. *Held*, that the Municipal Court acquired no jurisdiction of the defendant.
WILLIAMS, J., not voting.

JANIN, Respondent, v. JACOBSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by Charles A. Janin against Nathan Jacobson. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the grounds that the plaintiff acted in the interest of the purchaser, instead of in the sole interest of the defendant, and that the purchaser never made a written agreement of purchase, but refused to do so on the terms proposed by the defendant.

J. J. SPURR & SONS, Inc., Respondent, v. EMPIRE STATE SURETY CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by J. J. Spurr & Sons, incorporated, against the
98 N.Y.S.—70

Empire State Surety Company, impleaded, etc. No opinion. Motion granted.

JOHNSON, Respondent, v. EMPIRE STATE DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by John Johnson, against the Empire State Dairy Company.
PER CURIAM. Order affirmed, with costs.
MILLER, J., dissents.

JUDSON, Respondent, v. RICHARDS, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Isabella F. Judson against J. Tredwell Richards, impleaded, etc. J. T. Richards, for appellant. F. H. Mills, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KATZENSTEIN v. JONASSON et al. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Charles Katzenstein against Joseph Jonasson and another. No opinion. Application denied, with $10 costs. Order signed.

KEARNEY, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 11, 1906.) Action by Nellie Kearney against the New York City Railway Company. J. A. Douglas, for appellant. A. J. Ernest, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLOGG, Appellant, v. KOVAR, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Luther L. Kellogg against Harry L. Kovar. L. L. Kellogg, for appellant. E. A. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KELLOGG, Appellant, v. KOVAR, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Macintosh Kellogg against Harry L. Kovar. L. L. Kellogg, for appellant. E. A. Jones, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re KENNEDY'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) In the matter of the estate of James Kennedy, deceased.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., not voting.

In re KIERNAN. (Supreme Court, Appellate Division, First Department. March 9, 1906.) In the matter of John Kiernan. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KING, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March

7, 1906.) Action by Sydney King against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

KISSINGER v. LIVINGSTONE. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Jacob Kissinger against William Livingstone. No opinion. Motion denied. Order filed.

---

KLARMANN, Respondent, v. GRAUER, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Frank Peter Klarmann against J. George Grauer. No opinion. Judgment and order unanimously affirmed, with costs.

---

KLEIN, Respondent, v. GARVEY, Appellant. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Jacob Klein against Martin T. Garvey. C. S. Petrasch, for appellant. J. H. Cohn, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

---

KLEIN et al., Respondents, v. MORRISEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Valentine Klein and Frances Klein against Richard Morrisey. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

KLETZEIN, Respondent, v. KLETZEIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Ernest W. Kletzein against Emma Kletzein and others. No opinion. Judgment reversed, and new trial granted, costs to abide the final award of costs, on the ground that the findings of the court are not supported by the evidence.

---

KNECHT, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. April 24, 1906.) Appeal from Municipal Court, Borough of Manhattan, Third District. Action by George Knecht against the New York City Railway Company. From judgment in favor of plaintiff, defendant appeals. Reversed, and new trial ordered. William E. Weaver, for appellant. Edward D. Loughman, for respondent.

PER CURIAM. The defendant concedes its liability, but questions the amount awarded as damages. Plaintiff's injuries were very slight, and the damages seem to be unreasonably large. There is reason to believe that the jury may have been influenced by the persistent efforts to bring to their attention the unfortunate results suffered by other persons by reason of the same accident. The judgment must be reversed, and a new trial granted, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment to $200.50, in which case the judgment, as modified, will be affirmed, without costs to either party.

---

KOSOWER v. SANDLER. (Supreme Court, Appellate Division, First Department. April 25, 1906.) Action by Abraham Kosower against Joseph Sandler. No opinion. Application denied, with $10 costs. Order signed.

---

KRANZ, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Action by William E. Kranz, as administrator, etc., of Henry Kranz, deceased, against Sollie Lewis. No opinion. Interlocutory judgment affirmed by default, with costs.

---

KUSHES v. GINSBERG. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Action by Alter Kushes against Isidore Ginsberg. No opinion. Motion denied. Order filed.

---

LADD, Appellant, v. TITLE GUARANTEE & TRUST CO., Respondent. (Supreme Court, Appellate Division, First Department. May, 11, 1906.) Action by Abraham W. Ladd against the Title Guarantee & Trust Company. F. Barker, for appellant. E. E. Sprague, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

LAKE ERIE BOILER COMPOUND CO., Appellant, v. CALDWELL, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1906.) Action by the Lake Erie Boiler Compound Company against Samuel Caldwell, as sheriff, etc. No opinion. Judgment affirmed, with costs.

---

LATUREN, Appellant, v. BOLTON DRUG CO., Limited, Respondent. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Emma F. Laturen against the Bolton Drug Company, Limited. No opinion. Judgment and orders unanimously affirmed, with costs.

---

LAUGHLIN, Appellant, v. PEOPLE'S GAS-LIGHT & COKE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by John Laughlin against the People's Gaslight & Coke Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents.

---

LEVY, Appellant, v. BINGHAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 20, 1906.) Action by Bertha Levy against Theodore A. Bingham and others.

PER CURIAM. The papers upon which the order was granted do not show that the case is one of those specified in section 983 of the Code of Civil Procedure, and so far as the record before us discloses there was nothing before the court on which to base the order